UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY PERRIGO,

    Plaintiff,

v.

ANTHONY TUMMINELLO and
PROGRESSIVE BUILDERS, INC.,

    Defendants.

Case No. 08-cv-605-JPG

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

        **JUSTINE FLANAGAN, Acting Clerk**

        **By:s/Deborah Agans, Deputy Clerk**

**Dated: June 9, 2009**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**